UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,          Civil No. 11-15432

vs.                                   Honorable Gershwin Drain

ONE 2011 BMW 5 SERIES 535i VIN: WBAFU7C55BC777710, *et al*;

           Defendants *in Rem*.
_____/

**<u>DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE</u>**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is **ORDERED, ADJUDGED and DECREED THAT:**

1.      Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture the interests of Babubhai Patel, Babubhai Patel as owner of the now defunct, pharmacies: Noblecare Pharmacy, RIO Detroit, Inc. d/b/a Wayne Pharmacy, GDP2, Inc. d/b/a Exceptional Pharmacy, Big D Corporation d/b/a Friendly Pharmacy, CO d/b/a Day Drugs, VJKR Ltd., d/b/a Noble Pharmacy, P3, Inc. d/b/a Rapid Pharmacy, Paul Rotarius, Inc. d/b/a Grand River Pharmacy, VJR, Inc. d/b/a Tri-City Pharmacy, PCD Corp., d/b/a Prestige Drugs, Madhusudan, Inc. d/b/a Highland Park Pharmacy, DMRX, Ltd., d/b/a Detroit Care Pharmacy, SMT,

Inc. d/b/a Fenkell Pharmacy, SCT, Inc. d/b/a DBF Caring Pharmacy, ADP2 Co., d/b/a Davenport Pharmacy, PJP2, Inc. d/b/a Commerce Township Pharmacy, Vrajdham, Inc., VJK4, Corp., d/b/a RX Now Pharmacy, RAV2 Co., d/b/a Sapphire Pharmacy, Ahak Co., d/b/a Ahak Company (Preferred Pharmacy), RAV3 Co. d/b/a Glendale Pharmacy, Elite Pharmacy Management, Inc. d/b/a Your Local CG, Inc. d/b/a Airport Apothecary, Ambik, Inc. d/b/a Preferred Pharmacy, Inc. d/b/a Care For You Pharmacy, Dearborn Community Pharmacy, Independent Community Pharmacy, Siddhi Corp., d/b/a Rapid Pharmacy, Ganeshji, Inc. d/b/a Well Pharmacy, Vischnu, Inc. d/b/a Preferred Care Pharmacy, Ananata, LLC d/b/a Prestige Drugs, Highland Park Pharmacy d/b/a Laxmigi, Anant, Inc. d/b/a Responsible Care Pharmacy, Anatrup, Inc. d/b/a Grand River Pharmacy, Keshav, Inc. d/b/a Prestige Pharmacy, Arisudan, Inc. d/b/a Best Care Pharmacy, Janadharn, Inc. d/b/a Rapid Drugs Pharmacy, PJP2, Inc. d/b/a Taylor Apothecary, and Ambik, Inc. d/b/a Caring Pharmacy, Levan Pharmacy d/b/a Kalika (the "Patel and against the interests of Jyotsanaben Patel, Sumanray Raval, Hemlata Raval, Anand Gangadharan and all other interested parties is **GRANTED**.

2. The following Defendants *in Rem*, (hereafter the "Defendant Property"), is hereby **FORFEITED** to the United States of America pursuant to 18 U.S.C. §§ 881(a)(6) and 981(a)(A) and/or (C):

2

a. Fifteen Thousand Five Hundred Twenty-Five Dollars ($15,525.00) in U.S. currency (11-DEA-551570);

b. Three Thousand Eight Hundred Seventy-Six Dollars ($3,876.00) in U.S. currency (11-DEA-551573);

c. One Thousand Five Dollars ($1,005.00) in U.S. currency (11-DEA-551578);

d. Assorted Jewelry valued at $62,768.00 (11-DEA-552353);

e. Assorted Jewelry valued at $2,300.00 (11-DEA-553287);

f. Assorted Silver Housewares valued at $876.00 (11-DEA-553310);

g. TCF Bank Check #305092013 Valued at $592,206.92 (11-DEA-553207);

h. Comerica Bank Certificate of Deposit Acct. No. 385106567857 valued at $510,223.37 (11-DEA-553266);

i. Twenty Five Thousand Eighty-Nine Dollars and Fifty-One Cents ($25,089.51) in U.S. Currency from Comerica Bank Acct. No. 1852672615 (11-DEA-553379);

j. Forty Four Thousand Eighty-Seven Dollars and Eighty-Two Cents ($44,087.82) in U.S. Currency from Bank of America Acct. No. 005490998563 (11-DEA-553333);

k. One Hundred Three Thousand Seven Hundred Four Dollars and Twenty-Three Cents ($103,704.23) in U.S. Currency from Comerica Bank Acct. No. 1852672573 (11-DEA-553383);

l. Five Thousand One Hundred Fifty-Eight Dollars and Seventy-Two Cents ($5,158.72) in U.S. Currency from Comerica Bank Acct. No. 1852672599 (11-DEA-553403);

m. Ninety Four Thousand Five Hundred Twenty-One Dollars and Thirty-Four Cents ($94,521.34) in U.S. Currency from Bank of America Acct. No. 005406371541 (11-DEA-553324);

n. Sixty Three Thousand Eight Hundred Seven Dollars and Ninety Cents ($63,807.90) in U.S. Currency from Comerica Bank Acct. No. 1852630738 (11-DEA-553358);

o. Five Thousand One Hundred Fifty Eight Dollars and Seventy Two Cents ($5,158.72) in U.S. Currency from Comerica Bank Acct. No. 1852672565 (11-DEA-553419);

p. Thirty Eight Thousand Four Hundred Twenty Three Dollars and Fifty-One Cents ($38,423.51) in U.S. Currency from Comerica Bank Acct. No. 1852672714 (11-DEA-553417);

q. Comerica Bank Certificate of Deposit Acct. No. 385107465051 valued at $25,412.53 (11-DEA-553261);

r. Three Thousand One Hundred Ninety-One Dollars and Thirty-Eight Cents ($3,191.38) in U.S. Currency from Comerica Bank Acct. No. 6821437594 (11-DEA-553195);

s. Comerica Bank Money Market Acct. No. 6819524460 valued at $330,623.15 (11-DEA-553212);

t. Thirteen Thousand Three Hundred Sixty-One Dollars ($13,361.00) in U.S. Currency (11-DEA-552475);

u. Twenty Three Thousand Five Hundred Fifty-Three Dollars and Eighty Cents ($23,553.80) in U.S. Currency from Charter One Bank Acct. No. 451052-317-2 (11-FBI-005744);

v. Six Thousand One Hundred Thirty-Five Dollars and Fifty-Three Cents ($6,135.53) in U.S. Currency from Comerica Bank Acct. No. 1852-52909-6 (11-FBI-005766);

4

w. Eight Thousand Nine Hundred Ninety-Nine Dollars and Ninety-Eight Cents ($8,999.98) in U.S. Currency from Comerica Bank Acct. No. 1852-52896-5 (11-FBI-005765);

x. One Thousand Eighty-Eight Dollars and Twenty-Eight Cents ($1,088.28) in U.S. Currency from Comerica Bank Acct. No. 1852-52890-8 (11-FBI-005764);

y. Twenty Nine Thousand Four Hundred Forty-Six Dollars and Sixty-Three Cents ($29,446.63) in U.S. Currency from Comerica Bank Acct. No. 1852-41161-8 (11-FBI-005763);

z. Twenty Two Thousand Eight Hundred Dollars and Ninety-Two Cents ($22,800.92) in U.S. Currency from Comerica Bank Acct. No. 1852-41154-3 (11-FBI-005762);

aa. Three Thousand Three Hundred Six Dollars and Sixty-Five Cents ($3,306.65) in U.S. Currency from Charter One Bank Acct. No. 451052-381-4 (11-FBI-005747);

bb. Thirty Eight Thousand Eight Hundred Sixty Three Dollars and Fifty-Nine Cents ($38,863.59) in U.S. Currency from Charter One Bank Acct. No. 451340-019-5 (11-FBI-005748);

cc. Three Hundred Six Dollars and Three Cents ($306.03) in U.S. Currency from Comerica Bank Acct. No. 1852-63082-9 (11-FBI-005769);

dd. Nine Thousand Four Hundred Two Dollars and Seventy-Two Cents ($9,402.72) in U.S. Currency from Comerica Bank Acct. No. 1852-63082-7 (11-FBI-005770);

ee. Forty Two Thousand Nine Hundred Sixteen Dollars and Twenty-Two Cents ($42,916.22) in U.S. Currency from Comerica Bank Acct. No. 1852-63092-8 (11-FBI-005773);

ff.  Eight Thousand Nine Hundred Twenty Eight Dollars and Thirty-Nine Cents ($8,928.39) in U.S. Currency from Comerica Bank Acct. No. 1852-41154-3 (11-FBI-005767);

gg.  Eight Thousand Eight Hundred Seventy Two Dollars and Fourteen Cents ($8,872.14) in U.S. Currency from Comerica Bank Acct. No. 1852-63075-3 (11-FBI-005768);

hh.  Ten Thousand Five Hundred Fourteen Dollars and Forty-Three Cents ($10,514.43) in U.S. Currency from Comerica Bank Acct. No. 1852-63087-8 (11-FBI-005772);

ii.  Thirty Three Thousand Forty Six Dollars and Eighty-Two Cents ($33,046.82) in U.S. Currency from Comerica Bank Acct. No. 1852-63085-2 (11-FBI-005771);

jj.  Eleven Thousand Five Hundred Seventy Six Dollars and Seventy Cents ($11,576.70) in U.S. Currency from Comerica Bank Acct. No. 1852-78588-1 (11-FBI-005774);

kk.  Two Hundred Seventy One Thousand One Hundred Ninety Six Dollars and Fifty-Five Cents ($271,196.55) in U.S. Currency from Charter One Bank Acct. No. 451052-328-8 (11-FBI-005745);

ll.  Three Thousand One Hundred Forty Nine Dollars and Seven Cents ($3,149.07) in U.S. Currency from Charter One Bank Acct. No. 451052-328-8 (11-FBI-005746);

mm.  One Thousand One Hundred Forty Six Dollars and Ninety-Four Cents ($1,146.94) in U.S. Currency from Charter One Bank Acct. No. 451052-314-8 (11-FBI-005741);

nn.  Twenty Thousand Seven Hundred Thirty-Five Dollars and Eighty-Six Cents ($20,735.86) in U.S. Currency from Charter One Bank Acct. No. 451052-316-4 (11-FBI-005743);

6

oo. Seventeen Thousand Two Hundred Sixty-Eight Dollars and Eighty-Nine Cents ($17,268.89) in U.S. Currency from Charter One Bank Acct. No. 450926-669-2 (11-FBI-005735);

pp. Six Thousand Four Hundred Fifty-One Dollars and Ninety-Two Cents ($6,451.92) in U.S. Currency from Charter One Bank Acct. No. 450926-686-2 (11-FBI-005736);

qq. Forty Three Thousand Two Hundred Eighty-Four Dollars and Thirty-One Cents ($43,284.31) in U.S. Currency from Charter One Bank Acct. No. 451052-309-1 (11-FBI-005739);

rr. Twenty Five Thousand Six Hundred Fifty-Four Dollars and Sixty-One Cents ($25,654.61) in U.S. Currency from Charter One Bank Acct. No. 451052-312-1 (11-FBI-005740

ss. Four Thousand Nine Hundred Thirty-Six Dollars and Thirty-Five Cents ($4,936.35) in U.S. Currency from Comerica Bank Acct. No. 1852-41133-7 (11-FBI-005760);

tt. Two Hundred Thirty-Six Dollars and Fifty Cents ($236.50) in U.S. Currency from Comerica Bank Acct. No. 1851-90658-4 (11-FBI-005758);

uu. Two Thousand Two Hundred Five Dollars and Twenty-Eight Cents ($2,205.28) in U.S. Currency from Comerica Bank Acct. No. 1852-41150-1 (11-FBI-005761);

vv. Twenty Thousand Eight Hundred Six Dollars and Forty-Seven Cents ($20,806.47) in U.S. Currency from Comerica Bank Acct. No. 1852-41150-1 (11-FBI-005759);

ww. Twelve Thousand Eight Hundred Four Dollars and Eighty-One Cents ($12,804.81) in U.S. Currency from Charter One Bank Acct. No. 451052-308-3 (11-FBI-005738);

xx. Thirty Six Thousand Three Hundred Eight Dollars and Thirty-Four Cents ($36,308.34) in U.S. Currency from Charter One Bank Acct. No. 450560-126-8 (11-FBI-005733);

yy. Three Hundred Forty Eight Dollars and One Cent ($348.01) in U.S. Currency from Charter One Bank Acct. No. 450560-123-3 (11-FBI-005731);

zz. Four Hundred Twenty Thousand Nine Hundred Thirty Four Dollars and Seventy-Three Cents ($420,934.73) in U.S. Currency from Charter One Bank Acct. No. 451052-315-6 (11-FBI-005742);

aaa. One Thousand Seventeen Dollars and Fifty-One Cents ($1,017.51) in U.S. Currency from Comerica Bank Acct. No. 1851-90657-6 (11-FBI-005757);

bbb. Six Thousand Three Hundred Seventeen Dollars and Seventy Seven Cents ($6,317.77) in U.S. Currency from Comerica Bank Acct. No. 1851-90530-5 (11-FBI-005756);

ccc. Five Hundred Fifty Six Thousand Four Hundred Twenty Four Dollars and Twenty-One Cents ($556,424.21) in U.S. Currency from Comerica Bank Premium Business MMA Account No.1852750650 (12-DEA-558756);

ddd. Check #10270579 valued at $234,128.48 (12-DEA-557960) for the re-issuance of the value of (87) checks made payable to various pharmacies owned by Babubhai Patel.

eee. Check #0004416079 valued at $28,089.10 (12-DEA-557964) for the re-issuance of the value of (19) checks made payable to various pharmacies owned by Babubhai Patel.

fff. Check #6636 valued at $32,394.63 (12-DEA-557970) for the re-issuance of the value of (45) checks made payable to various pharmacies owned by Babubhai Patel.

ggg. Check #101218209 valued at $15,115.92 (12-DEA-557971) for the re-issuance of the value of (17) checks made payable to various pharmacies owned by Babubhai Patel.

hhh. Check #1077 valued at $8,179.13 (12-DEA-557984) for the re-issuance of the value of (16) checks made payable to various pharmacies owned by Babubhai Patel.

iii. Check #0000106247 valued at $4,839.77 (12-DEA-557986) for the re-issuance of the value of (11) checks made payable to various pharmacies owned by Babubhai Patel.

jjj. Check #0001365421 valued at $220,998.61 (12-DEA-557991) for the re-issuance of the value of (17) checks made payable to various pharmacies owned by Babubhai Patel.

kkk. Check #0237400 valued at $26,537.58 (12-DEA-557994) for the re-issuance of the value of (19) checks made payable to various pharmacies owned by Babubhai Patel.

lll. Check #252035 valued at $1,598.38 (12-DEA-557996) for the re-issuance of the value of check # 249803 made payable to Detroit Care Pharmacy owned by Babubhai Patel.

mmm. Check #1209201 valued at $3,020.22 (12-DEA-557997) for the re-issuance of the value of (8) checks made payable to various pharmacies owned by Babubhai Patel.

nnn. Comerica check #000439693 valued at $193,500.79 (12-DEA-565603).

3. The right, title, and ownership interest of Babubhai Patel, Babubhai Patel as owner of the following, now defunct, pharmacies: Noblecare Pharmacy, RIO Detroit, Inc. d/b/a Wayne Pharmacy, GDP2, Inc. d/b/a Exceptional Pharmacy,

9

Big D Corporation d/b/a Friendly Pharmacy, CO d/b/a Day Drugs, VJKR Ltd., Noble Pharmacy, P3, Inc. d/b/a Rapid Pharmacy, Paul Rotarius, Inc. d/b/a Grand River Pharmacy, VJR, Inc. d/b/a Tri-City Pharmacy, PCD Corp., d/b/a Prestige Drugs, Madhusudan, Inc. d/b/a Highland Park Pharmacy, DMRX, Ltd., d/b/a Care Pharmacy, SMT, Inc. d/b/a Fenkell Pharmacy, SCT, Inc. d/b/a DBF Caring Pharmacy, ADP2 Co., d/b/a Davenport Pharmacy, PJP2, Inc. d/b/a Commerce Township Pharmacy, Vrajdham, Inc., VJK4, Corp., d/b/a RX Now Pharmacy, RAV2 Co., d/b/a Sapphire Pharmacy, Ahak Co., d/b/a Ahak Company (Preferred Pharmacy), RAV3 Co. d/b/a Glendale Pharmacy, Elite Pharmacy Management, d/b/a Your Local Pharmacy, CG, Inc. d/b/a Airport Apothecary, Ambik, Inc. d/b/a Preferred Pharmacy, Riddhiji, Inc. d/b/a Care For You Pharmacy, Dearborn Community Pharmacy, Independent Community Pharmacy, Siddhi Corp., d/b/a Rapid Pharmacy, Ganeshji, Inc. d/b/a Be Well Pharmacy, Vischnu, Inc. d/b/a Preferred Care Pharmacy, Ananata, LLC d/b/a Prestige Drugs, Highland Park Pharmacy d/b/a Laxmigi, Anant, Inc. d/b/a Responsible Care Pharmacy, Anatrup, Inc. d/b/a Grand River Pharmacy, Keshav, Inc. d/b/a Prestige Pharmacy, Arisudan, Inc. d/b/a Best Care Pharmacy, Janadharn, Inc. d/b/a Rapid Drugs Pharmacy, PJP2, Inc. d/b/a Taylor Apothecary, and Ambik, Inc. d/b/a Caring Pharmacy, Levan Pharmacy d/b/a Kalika (the "Patel Pharmacies"), and against the interests of

Jyotsanaben Patel, Sumanray Raval, Hemlata Raval, Anand Gangadharan and all other interested parties or entities, or their successors and assignees to said interest, in the Defendant Property, and any right, title and interest of all other persons, is hereby and forever **EXTINGUISHED**, and clear title to the Defendant Property is hereby **VESTED** in the United States of America.

4. The United States Marshal Service, or its delegate, is hereby **AUTHORIZED** to dispose of the Defendant Property in accordance with law.

/s/Gershwin A Drain
HONORABLE GERSHWIN DRAIN
United States District Judge

Dated:  June 19, 2014